IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-00677-RPM

BERNADETTE MAES, surviving wife of Kenneth Lee Gibbs, Deceased

v.

    Plaintiff,

SSC GREELEY KENTON OPERATING COMPANY, LLC, a Foreign Limited Liability Company in Good Standing

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

THIS MATTER coming on to be heard pursuant to stipulation of the parties, and the Court being fully advised in the premises, finds as follows:

IT IS HEREBY ORDERED that the plaintiff's claims for relief against defendant SSC Greeley Kenton Operating Company, are dismissed with prejudice, each party is to pay his or its own costs and attorneys' fees.

IT IS HEREBY ORDERED that the parties are to comply with the Dispute Resolution Program outlined in the Arbitration Agreement.

Date:   June 11, 2013

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge